## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH DIVISION

|  |  |  |
|---|---|---|
| DONNA PELLEGRINO, | ) | |
| | ) | No. 2:10-cv-01536-GLL |
| Plaintiff, | ) | |
| | ) | Judge Gary L. Lancaster |
| v. | ) | |
| | ) | **STIPULATION OF DISMISSAL** |
| PINNACLE FINANCIAL GROUP, | ) | |
| | ) | |
| Defendant. | ) | |

**PLEASE TAKE NOTICE** that Plaintiff, DONNA PELLEGRINO, pursuant to Rule

41(a)(1)(ii), having filed a stipulation of dismissal signed by all parties who have

appeared in this action hereby dismisses this action with prejudice.

**KROHN & MOSS, LTD.**

Dated: April 21, 2011          By:/s/Peter Cozmyk

> Peter Cozmyk
> Attorney for Plaintiff
> (Ohio Bar: 0078862)
> 8043 Corporate Cir., Suite 3
> North Royalton, Ohio 44133
> Phone: 323-988-2400 x 213
> Fax: 866-799-3206
> pcozmyk@consumerlawcenter.com

Dated: April 21, 2011          **STASSBURGER, MCKENNA, GUTNICK & GEFSKY**

> By:   /s/ Jason G. Wehrle
> Jason G. Wehrle
> Attorney for Defendant
> (Pa. I.D. No. 92711)
> 444 Liberty Ave.
> Pittsburgh, PA 15222
> Phone: 412-281-5423
> Fax: 412-281-8264
> jwehrle@smgglaw.com

SO ORDERED, this 25th day of April, 2011.

,C.J

Hon. Gary L. Lancaster, Chief U.S. District Judge